UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSHUA JEFFREY PAGE,

    Plaintiff,

v.

    Case No. 2:22-cv-30

CONNIE HORTON, et al.,

    Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On October 4, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court grant Defendants Stallman and Lacy's motion for summary judgment (ECF No. 27) in part and deny it in part. (*See* R&R, ECF No. 73.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 73) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Stallman and Lacy's motion for summary judgment (ECF No. 27) is **GRANTED IN PART**, solely as to Defendant Lacy. As to Defendant Stallman, the motion is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Lacy is **DISMISSED** as a defendant because Plaintiff failed to exhaust his administrative remedies for his claim against Lacy before filing his amended complaint.

Dated: November 7, 2022 /s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE