UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSHUA JEFFREY PAGE,

    Plaintiff,

v.

    Case No. 2:22-cv-30

    Hon. Hala Y. Jarbou

CONNIE HORTON, et al.,

    Defendants.
_____/

## ORDER

On November 28, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that Defendants' motions for summary judgment (ECF Nos. 74, 83, 85) be granted. (ECF No. 99). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired[1]. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 99) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHERED ORDERED** that Defendants' motions for summary judgment (ECF Nos. 74, 83, 85) are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Gabraielle Peters, Maria T. Bennett, Gerald Covert, Lori L. Davis, Nelson Duncan, Mary Hense, Patricia Lamb, K. Nader, Richard D. Russell, Beth Stain, Ressie A. Stranaly, and Jodi Ankiel are **DISMISSED** from this case.

Dated: December 29, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff has requested the appointment of counsel (ECF Nos. 76, 101, 102), counsel is not necessary to address the issues in Defendants' motions or the Report and Recommendation.