UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSHUA JEFFREY PAGE,

    Plaintiff,

v.

    Case No. 2:22-cv-30

    Hon. Hala Y. Jarbou

CONNIE HORTON, et al.,

    Defendants.
_____/

**ORDER**

On October 23, 2023, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court grant Defendant's motion to dismiss (ECF No. 164). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on November 6, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 164) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Timothy Stallman, D.O.'s Motion to Dismiss for Failure to Comply with the Court's July 31, 2023 Order Compelling Discovery (ECF No. 162) is **GRANTED**.

A judgment will issue in accordance with this order.

Dated: November 13, 2023            /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     CHIEF UNITED STATES DISTRICT JUDGE